■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE WADE, Also Known as CLARENCE WOOD, Appellant. [3 NYS3d 580]—Judgment of resentence, Supreme Court, New York County (Edward McLaughlin, J.), rendered October 16, 2012, resentencing defendant to an aggregate term of 47 years in prison, with an aggregate term of four years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease

supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). We perceive no basis for reducing the term of postrelease supervision.

Defendant's pro se arguments concerning the underlying conviction are not cognizable on this appeal, and his arguments concerning his resentencing are without merit. Concur—Tom, J.P., Acosta, Andrias, Moskowitz and Kapnick, JJ.